1  DEBORAH S. TROPP, ESQ. – BAR NO. 162613
   dtropp@mtbattorneys.com
2  TRACY L. BREUER, ESQ. – BAR NO. 238687
   tbreuer@mtbattorneys.com
3  McNEIL TROPP & BRAUN LLP
   4695 MacArthur Court, Suite 800
4  Newport Beach, California 92660
   Ph: (949) 259-2890; Fax: (949) 259-2891
5

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION, a Washington
7  Corporation

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| AKESHIA KETURAH REBECCA OTIS, | CASE NO. 5:22-cv-00240-SSS-SHK |
|---|---|
| Plaintiff, | **JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, A CALIFORNIA CORPORATION and DOES 1 TO 20, inclusive, | |
| Defendants, | |

   PLEASE TAKE NOTICE that Plaintiff AKESHIA KETURAH REBECCA OTIS and Defendant COSTCO WHOLESALE CORPORATION, by and through their designated counsel, hereby notify the court that a settlement has been reached in the above-captioned case.

   The Plaintiff and Defendant, therefore, apply to this Honorable court to vacate all currently set dates and for a dismissal of the case with prejudice.

///

///

---

1

Case No.: 5:22-cv-00240-SSS-SHK    JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION

| | | |
|---|---|---|
| Dated: April 5, 2023 | | McNEIL TROPP & BRAUN LLP |
| | By: | /s/ *Tracy L. Breuer* |
| | | Deborah S. Tropp, Esq. |
| | | Tracy L. Breuer, Esq. |
| | | Attorneys for Defendant, |
| | | COSTCO WHOLESALE CORPORATION |

| | | |
|---|---|---|
| Dated: April 5, 2023 | | THE WALLACE FIRM |
| | By: | /s/ *Thomas Burns* |
| | | Thomas Burns. Esq. |
| | | Attorneys for Plaintiff, |
| | | AKESHIA KETURAH REBECCA OTIS |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Thomas Burns, Esq., counsel for the Plaintiff, and that I have obtained authorization from Mr. Burns, Esq. to affix his electronic signature to this document.

| | | |
|---|---|---|
| Dated: April 5, 2023 | | McNEIL TROPP & BRAUN LLP |
| | By: | /s/ *Tracy L. Breuer* |
| | | Deborah S. Tropp, Esq. |
| | | Tracy L. Breuer, Esq. |
| | | Attorneys for Defendant |
| | | COSTCO WHOLESALE CORPORATION a Washington Corporation |

---

2

Case No.: 5:22−cv−00240−SSS−SHK

JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION

# CERTIFICATE OF SERVICE

I hereby certify on April 5, 2023 I electronically filed the foregoing: **JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I further certify that participants in the case not registered to as CM/ECF users have been mailed a true and correct copy of the above described documents by First Class Mail, postage pre-paid, to the following non-CM/ECF participants:

Thomas R. Burns
The Wallace Firm, PC
16000 Ventura Blvd., Suite 440
Encino, CA 91436

Jake Douglass, Esq.
Babken Sarafyan, Esq.
Jacoby & Meyers Attorneys, LLP
10900 Wilshire Boulevard, 15th Floor
Los Angeles, California 90024

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on April 5, 2023 at Irvine, California.

*/s/ Tracy L. Breuer*
TRACY L. BREUER

---

3

Case No.: 5:22−cv−00240−SSS−SHK  JOINT STIPULATION RE: SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES AND FOR DISMISSAL OF ACTION