JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AKESHIA KETURAH REBECCA OTIS, | CASE NO. 5:22−cv−00240−SSS−SHKx |
| Plaintiff, | **ORDER** |
| vs. | |
| COSTCO WHOLESALE CORPORATION, A CALIFORNIA CORPORATION and DOES 1 TO 20, inclusive, | |
| Defendants, | |

The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: April 10, 2023

_____
Sunshine S. Sykes
United States District Judge

Submitted By:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
dtropp@mtbattorneys.com
TRACY L. BREUER, ESQ. – BAR NO. 238687
tbreuer@mtbattorneys.com
McNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
Ph: (949) 259-2890; Fax: (949) 259-2891

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation